UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RICHARD DAVID EHLER, | : | CASE NO. 98-60508-CRM |
| | : | |
| Debtor. | : | JUDGE MULLINS |

### NOTICE OF PAYMENT OF FUNDS
### INTO THE REGISTRY OF THE COURT

COMES NOW Barbara B. Stalzer, Trustee of the above-named Estate, and hereby shows the Court as follows:

1.

In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the Estate which remain unpaid, as identified in Paragraph 2. The total sum of the checks is $10,733.42.

2.

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of the entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| CREDITOR'S NAME | AMOUNT |
|---|---|
| Baker Imported<br>6125 Roswell Road<br>Atlanta, GA 30328-3905 | $1,713.91 |
| Citgo Petroleum Company<br>P O Box 3758<br>Tulsa, OK 74102-3758 | $ 703.33 |
| Chase Manhattan Bank USA<br>100 Duffy Avenue<br>Hicksville, NY 11801 | $4,228.81 |

| | |
|---|---|
| Colonial Pacific Leasing Corp.<br>P. O. Box 230102<br>Portland, OR 97281-0102 | $3,433.44 |
| Concepts<br>261 Shore Court<br>Burr Ridge, IL 60521. | $ 20.00 |
| Cooling Parts Warehouse<br>P. O. Box 593607<br>Orlando, FL 32859 | $ 356.30 |
| Troncali Chrysler<br>115051 Alpharetta Highway<br>Roswell, GA 30076-4901 | $ 277.63 |

**Potential Updated Alternative Addresses also to be served.**

Citgo Petroleum Company
1293 Eldridge Parkway
Houston, TX 77077

Chase Manhattan Bank, N.A.
Attn: Cark Delvecchio
One Chase Manhattan Plaza, 20th Floor
New York, NY 10081

Troncalli Chrysler Jeep Dodge
818 Atlanta Highway
Cumming, GA 30040

Respectfully submitted this 26th day of October, 2010.

By:_____/s/_____
Barbara B. Stalzer, Trustee
Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6399 Phone
404-442-6950 Fax
barbara.stalzer@7trustee.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RICHARD DAVID EHLER, | : | CASE NO. 98-60508-CRM |
| | : | |
| Debtor. | : | JUDGE MULLINS |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above *Notice of Payment of Funds into the Registry of the Court* was sent correctly addressed with proper postage by first class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Baker Imported
6125 Roswell Road
Atlanta, GA 30328-3905

Citgo Petroleum Company                                          .
P O Box 3758
Tulsa, OK 74102-3758

Chase Manhattan Bank USA
100 Duffy Avenue
Hicksville, NY 11801

Colonial Pacific Leasing Corp.
P. O. Box 230102
Portland, OR 97281-0102

Concepts
261 Shore Court
Burr Ridge, IL 60521

Cooling Parts Warehouse
P. O. Box 593607
Orlando, FL 32859

.

        Troncali Chrysler
        115051 Alpharetta Highway
        Roswell, GA 30076-4901

        Citgo Petroleum Company
        1293 Eldridge Parkway
        Houston, TX 77077

        Chase Manhattan Bank, N.A.
        Attn: Cark Delvecchio
        One Chase Manhattan Plaza, 20th Floor
        New York, NY 10081

        Troncalli Chrysler Jeep Dodge
        818 Atlanta Highway
        Cumming, GA 30040

Respectfully submitted this 26th day of October, 2010.

        By:_____/s/_____
            Barbara B. Stalzer, Trustee
            Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
404-442-6399 Phone
404-442-6950 Fax
barbara.stalzer@7trustee.net