UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE: ) Case No. 98-60508
Richard David Ehler, ) (Chapter 7)
)
DEBTOR )

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

FILED
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 16 2010

M. REGINA THOMAS
CLERK

By: _____
DEPUTY CLERK

There having been a dividend check in the above-named case issued to General Electric Leasing successor to Colonial Pacific Leasing Corp. ("Claimant") in the amount of $3,433.44 and said check having not been cashed by said payee, the Trustee pursuant to 11 U.S.C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was deposited in the United States Treasury.

The Claimant believes that it did not receive the dividend check in the above case for the following reasons:

The original payment was mailed to Attn: PO Box 230102, Portland, OR 97281-0102. That address is no longer valid. The change of address prevented delivery of the original payment..

To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

General Electric Leasing successor to Colonial Pacific Leasing Corp.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-In-Fact for General Electric Leasing successor to Colonial Pacific Leasing Corp.
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE:  ) Case No. 98-60508
Richard David Ehler,  )    (Chapter 7)
)
) 
DEBTOR

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on _November 12_, 2010 the US Attorney was advised via the US Postal Service at the address below, of the intent of Greg Griffith of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of General Electric Leasing successor to Colonial Pacific Leasing Corp..

United States Attorney
Richard B. Russell Federal Bldg
75 Spring Street., SW, Ste 600
Atlanta, GA  30303

I, Greg Griffith, hereby state that I am aware of the federal and State requirements associated with personal representation of individuals and corporations. I am especially aware of those requirements within the state of Georgia.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this _12_ day of _November_, 201_0_.

_____
Notary Public



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE: ) Case No. 98-60508
Richard David Ehler, ) (Chapter 7)
)
DEBTOR )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On the application of General Electric Leasing successor to Colonial Pacific Leasing Corp. (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $3,433.44) be paid to Claimant in care of American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, 201__.

_____
United States Bankruptcy Judge

Cc: Financial Administrator

## Limited Power of Attorney
## For Recovery of Funds

I, **Francisco Gonzalez**, do hereby appoint **Greg Griffith of American Property Locators, Inc. (APL)**, exclusive agent, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of **General Electric Leasing successor to Colonial Pacific Leasing Corp.** in the amount of **$3,433.44** held by any federal, provincial, state or other government entity, or any agency or subdivision thereof.

However, **American Property Locators, Inc**. may not incur any cost on my Behalf or to make an expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed or undelivered tenders of funds shall be directed to the attention of General Electric Co. % Francisco Gonzalez unless directed otherwise.

This letter of authorization shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by **American Property Locators, Inc**. prior to the time of such expiration.

Signed this **29** day of **Oct**, in the year **2010**.

General Electric Company

_____    **Finance Analyst, GE-CBSI, GBS**
By: (Name, Title)

State of      **Florida**

County of    **Lee**

Acknowledged by me on this **29** day of **October**, 2010,

**Francisco Gonzalez, Finance Analyst, /GE-CBSI, GSO**                to me well known to be the individual describer here in the foregoing instrument and acknowledged the execution thereof to be his free action deed.

Before me: _Lori Lamaritata_
                         Notary Public
(Notary Seal) My Commission expires: __7/2/2012__

LORI LAMARITATA
MY COMMISSION # DD 786653
EXPIRES: July 2, 2012
Bonded Thru Notary Public Underwriters



Mark J. Krakowiak
Vice President &
Chief Risk Officer - GE

GE
3135 Easton Turnpike
W2G
Fairfield, CT 06828
USA

T +1 203 373 2088
F +1 203 373 3842
mark.krakowiak@ge.com

## Statement of Authority

The undersigned being duly sworn, states that Francisco Gonzalez, Finance and Internal Audit Analyst, is authorized to execute claim documents on behalf of General Electric Company and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

GENERAL ELECTRIC COMPANY

Mark J. Krakowiak
Vice President and Chief Risk Officer
3135 Easton Turnpike- W2G
Fairfield, CT. 06828
203-373-2088

Subscribed and sworn to me this ___2___ day of __March__, 2010.
My Commission Expires __1/31/2011__

> ANDREW A. LILEIKA
> Notary Public, State of Connecticut
> My Commission Expires Jan. 31, 2011

General Electric Company





**Francisco Gonzalez**
Finance & Internal Audit Analyst

T +1 239 275 2432
M +1 239 682 0552
francisco.gonzalez5@ge.com

GE
4211 Metro Parkway
Fort Myers, Fl 33916
USA



# The Commonwealth of Massachusetts

## Secretary of the Commonwealth
### State House, Boston, Massachusetts 02133

**William Francis Galvin**
Secretary of the
Commonwealth

November 3, 1998

TO WHOM IT MAY CONCERN:

I hereby certify that according to the records in this office, Colonial Leasing Company was incorporated under the General Laws of this Commonwealth on May 16, 1961.

I also certify that in Articles of Amendment filed here May 10, 1966, the name of said corporation was changed to Colonial Leasing Company of New England, Inc.

I further certify that in Articles of Amendment filed here July 28, 1987, the name of said corporation was changed to Colonial Pacific Leasing, Inc.

I also certify that in Articles of Amendment filed here October 28, 1998, the name of said corporation was changed to Waterview Resolution Corp.

I further certify that so far as appears of record here, said corporation still has legal existence.



In testimony of which,
I have hereunto affixed the
Great Seal of the Commonwealth
on the date first above written.

*William Francis Galvin*
Secretary of the Commonwealth

*MGL CH156B S83A provides that certain consolidations and mergers may be filed with the Division within thirty days after the effective date of the merger or consolidation.

```
                              0000768170-98-000026.txt
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 SrMUAdAUJf5gxucySP7J5t5Ow6eq6Sx+XgNPVUA/Jkxvx1MmNK4Hnft7nDtzYbAQ
 1qBUkzbr2wA2DUipUAw4mg==

<SEC-DOCUMENT>0000768170-98-000026.txt : 19981020
<SEC-HEADER>0000768170-98-000026.hdr.sgml : 19981020
ACCESSION NUMBER:              0000768170-98-000026
CONFORMED SUBMISSION TYPE:     8-K
PUBLIC DOCUMENT COUNT:         1
CONFORMED PERIOD OF REPORT:    19981012
ITEM INFORMATION:
FILED AS OF DATE:              19981019
SROS:           NONE

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:              PITNEY BOWES CREDIT CORP
                CENTRAL INDEX KEY:                   0000768170
                STANDARD INDUSTRIAL CLASSIFICATION:  FINANCE LESSORS [6172]
                IRS NUMBER:                          060946476
                STATE OF INCORPORATION:              DE
                FISCAL YEAR END:                     1231

        FILING VALUES:
                FORM TYPE:           8-K
                SEC ACT:
                SEC FILE NUMBER:     002-97411
                FILM NUMBER:         98727661

        BUSINESS ADDRESS:
                STREET 1:            27 WATERVIEW DRIVE
                CITY:                SHELTON
                STATE:               CT
                ZIP:                 06484-4361
                BUSINESS PHONE:      203-922-4000

        MAIL ADDRESS:
                STREET 1:            27 WATERVIEW DRIVE
                CITY:                SHELTON
                STATE:               CT
                ZIP:                 06484-4361
</SEC-HEADER>
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<DESCRIPTION>CURRENT REPORT
<TEXT>
```

- ------------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549-1004
Page 1

0000768170-98-000026.txt

FORM 8-K

CURRENT REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

DATE OF REPORT (Date of Earliest Event Reported):

October 12, 1998

Commission file number 0-13497

PITNEY BOWES CREDIT CORPORATION
Incorporated pursuant to the Laws of the State of Delaware

Internal Revenue Service -- Employer Identification No. 06-0946476

27 Waterview Drive, Shelton, CT 06484-4361
(203) 922-4000

<PAGE>

Page 2 of 5

Item 5 -- Other Events

On October 12, 1998 Pitney Bowes Credit Corporation ("PBCC" or "the Company") announced that it has entered into an agreement with General Electric Capital Corporation ("GECC"), a subsidiary of General Electric Company, to sell its

Page 2

0000768170-98-000026.txt

broker-oriented external financing business. The agreement reflects PBCC's ongoing strategy of focusing on fee and service based revenue rather than asset based income.

Under the terms of the agreement, the Company will transfer the operations, employees and substantially all related assets of its wholly owned subsidiary, Colonial Pacific Leasing Corporation, to GECC.

The transaction is expected to close during the fourth quarter of 1998. The closing is subject to a number of conditions however, and there is no assurance that it will close in a timely manner, or at all.

Item 7 -- Financial Statements and Exhibits

c. The following exhibit is furnished in accordance with Item 601 of Regulation S-K:

<TABLE>
       Exhibit
<S>    <C>      <C>
         <C>

       (99)      Pitney Bowes Inc. (parent company) press release dated October 12, 1998.    See Exhibit (i)

         On pages 4-5
</TABLE>


<PAGE>

Page 3 of 5

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.


PITNEY BOWES CREDIT CORPORATION

By      /s/ NANCY E. COOPER
        ----------------------
        Nancy E. Cooper
        Vice President - Finance
        (Principal Financial and
         Accounting Officer)

Dated: October 19, 1998

0000768170-98-000026.txt

\<PAGE\>

Page 4 of 5

Exhibit (i)

### PITNEY BOWES SIGNS AGREEMENT TO SELL
### COLONIAL PACIFIC LEASING OPERATION TO
### GENERAL ELECTRIC CAPITAL SERVICES

Stamford, Conn., October 12, 1998 - Pitney Bowes Inc. (NYSE: PBI) today announced that it has reached a definitive agreement to sell its broker-oriented external financing business, to General Electric Capital Corporation (GECC), a subsidiary of General Electric Company (NYSE: GE). In this transaction, the operations, employees, and substantially all related assets of Pitney Bowes' wholly owned subsidiary, Colonial Pacific Leasing Corporation (CPLC) will be transferred to GECC.

This agreement reflects Pitney Bowes' focus on maximizing the shareholder value delivered by each of the company's business segments, according to Chairman and CEO Michael J. Critelli, "Today's agreement is the next step in a strategy launched over 12 months ago. In that time, with the refocus of our financial services operations on supporting core products and services and fee based financing, we have generated approximately $2 billion in cash that has been redeployed in core businesses around the world, reduced consolidated debt and been used to repurchase our stock."

Mr. Critelli continued, "CPLC is regarded as a leader in broker-oriented small-ticket financing. Affiliation with a more commonly aligned company such as General Electric Capital Services should provide CPLC with new strategic momentum."

Stephen M. Bennett, president of Vendor Financial Services, the GE Capital unit acquiring CPLC, noted, "This acquisition is a key element of our ongoing strategy to expand our activity in the small ticket financing market."

CPLC, established in 1961, is based in Portland, Oregon and finances leases sourced through a network of 355 brokers and lessors throughout the country.

General Electric Capital Services Inc., with assets of more than US$250 billion, is a global, diversified financial services company with 28 specialized businesses. A wholly-owned subsidiary of General Electric Company, GE Capital, based in Stamford, CT, provides equipment management, mid-market and specialized financing, specialty insurance and variety of consumer services, such as car leasing, home mortgages and credit cards, to businesses and individuals around the world. GE is a diversified manufacturing, technology and services company with operations worldwide.

\<PAGE\>

Page 5 of 5

Exhibit (i) (continued)

Pitney Bowes Financial Services division, of which CPLC was a part, provides leasing and financing services to help businesses - ranging from small to large - acquire Pitney Bowes and other mission critical equipment and services while preserving cash flow. Pitney Bowes Inc. is a global provider of informed mail and messaging management. For more information about the company, visit www.pitneybowes.com.

The forward looking statements contained in this news release involve risks and uncertainties, and are subject to change based on various important factors, as outlined the company's 1997 form 10-K Annual Report filed with the Securities and Exchange Commission.

0000768170-98-000026.txt

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```




GE Home | CPLC Home | Contact Us



**For Lessees**
**For Vendors**
**Glossary**

Brokers/Lessors
**What is BLISSNet?**

Products & Programs

Off-Lease Equipment
**Remarketing Centers**

About Us
**Employment**
**Job Opportunities**
**News Releases**
**Links**

# what's new
## at GE Capital Colonial Pacific Leasing



### SVINTH NAMED PRESIDENT/GENERAL MANAGER FOR GE CAPITAL COLONIAL PACIFIC LEASING

Portland, Ore. – January 2, 2000 – Jim Svinth has been named General Manager/ President of GE Capital Colonial Pacific Leasing, a leader in the small ticket equipment leasing industry.

Svinth takes over at CPL after recently serving as Senior Vice President, Institutional Lending at GE Capital Mortgage Services, Inc. (GECMSI) in Cherry Hill, NJ. Among his many contributions at GECMSI was the digitization of the business' origination front-end, providing customers with on-line access to pricing, application, approval, status and funding confirmation.

"I'm excited at the opportunity of leading a business that has been so dedicated to the broker market," Svinth notes." I look forward to working with our customers and finding ways to help them grow and succeed, so we can too."

In his role at GE Capital Mortgage Services, Svinth was the senior leader of Correspondent and Broker Originations responsible for national sales and operations. In addition, he was responsible for Cooper River Funding, a $1 billion secured warehouse-lending facility. GECMSI, which funded $11 billion in 1999, purchases loans on a flow and bulk basis ($5 million to $100 million) from intermediaries.

Prior to joining GE, Svinth held senior level positions in capital markets, risk management and product management with several leading lending institutions, including Wells Fargo (formerly Norwest), Prudential and Citigroup.

Svinth grew up in the Northwest earning his Bachelors Degree at the University of Washington and his Masters Degree at Washington State University, both in business and finance.

Colonial Pacific Leasing is a part of GE Capital's Vendor Financial Services division,

# 2003 Legal Entity Profile for
# Colonial Pacific Leasing Corporation ( 500246 )

| Field | Value | Field | Value |
|---|---|---|---|
| Gold LE ID: | 500246 | Date Last Updated: | 2003-01-28 07:46:30 |
| Legal Name: | Colonial Pacific Leasing Corporation | | |
| GE Business: | GE Capital Services | | |
| Legal Entity Type: | US Corp | Local Country Tax Type: | US Corp |
| US Tax Type: | N/A | | |
| LEX Code: | 23935 | GEIS Code: | 08A342 |
| CDR #: | S05 | | |
| US Federal ID #: | 52-2125046 | Gold Maintenance Owner: | Vendor Financial Services |
| Country of Formation: | United States | | |
| US State of Formation: | Delaware | Trademark: | Standard Agreement |

**Gold Contact:**

| Contact Name | Title/Postion | Phone No | Fax No | Dail Comm | Email ID |
|---|---|---|---|---|---|
| Tony Riccobono | Tax Specialist | 203-749-6946 | 203-749-4511 | 8*662-6946 | Tony.Riccobono@gecapital.com |

**Legal Contact:**

| Contact Name | Contact info. |
|---|---|
| | |

**Principal Address:**

| Address | City | State | Post Code | Country |
|---|---|---|---|---|
| 13010 Southwest 68th Parkway | Portland | OR | 97223 | US |

**Significant Dates:**

| | | | |
|---|---|---|---|
| Date of Formation: | October 05, 1998 | Date of Acquisition: | October 30, 1998 |
| Date Dissolved: | | Date Liquidated: | |