ENTERED ON DOCKET

DEC 07 2010

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-95468-CRM |
| STEPHEN DALE NANCE | CHAPTER 7 |
| Debtor. | JUDGE MULLINS |

## ORDER GRANTING DEBTOR'S APPLICATION
## FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of Debtor's Application for Waiver of the Chapter 7 Filing Fee, it is hereby

ORDERED that the application is *granted*; however, this order is subject to being vacated at a later time if developments in the administration of this case demonstrate that the waiver was unwarranted.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and U.S. Trustee.

IT IS SO ORDERED, the __6__ day of December, 2010.

_____
C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE